No. 213.   TWISP MINING & SMELTING CO. *v.* CHELAN MINING CO. ET AL.

October

706

11, 1943. *Per Curiam:* The appeal is dismissed for failure to comply with Rule 12, paragraph 1. The petition for writ of certiorari is denied. *Messrs. Clarence C. Dill* and *E. A. Cornelius* for appellant.